**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANETTE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01246-MTS |
| | ) | |
| ADAPT/COMPASS HEALTH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Jeanette Brown's Second Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [9]. Upon review of the Application, the Court will grant it. *See* 28 U.S.C. § 1915(a)(1). After review of Plaintiff's Amended Complaint, Doc. [10], the Court will dismiss this action because Plaintiff has failed to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

To state a claim on which relief may be granted, the Amended Complaint needed to "contain either direct or inferential allegations with respect to all material elements necessary to sustain a recovery under some viable legal theory." *See Tchankpa v. Ascena Retail Grp., Inc.*, 951 F.3d 805, 817 (6th Cir. 2020). After a thorough review of the Amended Complaint, the Court concludes the facts included therein do not set forth a claim for relief under *any* legal theory. *See Topchian v. JPMorgan Chase Bank, N.A.*, 760 F.3d 843, 849 (8th Cir. 2014).

While Plaintiff's Amended Complaint might plausibly show some elements of a violation of the nondiscrimination prohibition of 42 U.S.C. § 18116(a), the Amended Complaint does not plausibly establish race as a motivating factor of any conduct. *Cf. Rowles v. Curators of Univ. of Mo.*, 983 F.3d 345, 355 (8th Cir. 2020); *Joyner v. Morrison & Foerster LLP*, 140 F.4th 523, 530 (D.C. Cir. 2025); *Surtain v. Hamlin Terrace Found.*, 789 F.3d 1239, 1246 (11th Cir. 2015) (per curiam). And the Court discerns no other possible claims under Missouri or federal law even when liberally construing Plaintiff's pleading. *See Miles v. Ertl Co.*, 722 F.2d 434, 434 (8th Cir. 1983) (per curiam) ("Pro se pleadings must be construed liberally.").

*

Because Plaintiff has shown that she is unable to pay the filing fee, the Court will grant her leave to proceed without prepayment of the fee in this action. But because Plaintiff's Amended Complaint fails to state a claim on which relief may be granted, the Court will dismiss this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Jeanette Brown's Second Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [9], is **GRANTED**.

An Order of Dismissal will be entered herewith, which will dismiss this action without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated this 2nd day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE